**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PETRO DERAN PUGH,** | * | |
| | * | |
| **Petitioner,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 17-00284-JB-B** |
| | * | |
| **KARLA WALKER JONES,** | * | |
| | * | |
| **Respondent.** | * | |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition be dismissed and that any motion for a Certificate of Appealability or for permission to appeal *in forma pauperis* be **DENIED**.

**DONE** this 6th day of December, 2018.

**s/JEFFREY U. BEAVERSTOCK**
**UNITED STATES DISTRICT JUDGE**