IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PETRO DERAN PUGH,** | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | * CIVIL ACTION NO. 17-00284-JB-B |
| | * |
| **KARLA WALKER JONES,** | * |
| | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's petition be **DISMISSED** and that judgment be entered in favor of Respondent and against Petitioner, Petro Deran Pugh. It is further ordered that any motion for a Certificate of Appealability or for permission to appeal *in forma pauperis* be **DENIED**.

**DONE** this 6th of December, 2018.

                                      **s/JEFFREY U. BEAVERSTOCK**
                                      **UNITED STATES DISTRICT JUDGE**